IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DERRICK HARDGROVE,

      Plaintiff,

v.                                            CASE NO. 4:04-cv-00294-MP-AK

HOWARD CLARK,
JAMES V CROSBY, JR,
HAMBURGER,
LONNIE HOLMES,
KYLER,
S MILLIKEN,
J L REID,

      Defendants.

_____/

## **O R D E R**

      This matter is before the Court on Doc. 69, Report and Recommendation of the

Magistrate Judge, recommending that summary judgment be granted in favor of the defendants.

The time for filing objections has passed and none have been filed.   The plaintiff filed a

complaint, alleging a violation of his privacy rights because a female correctional officer could

observe him while he showered.  The defendant moved for summary judgment and provided

sworn affidavit testimony that prisoners could not be seen while showering.  The plaintiff was

informed of the burden in opposing summary judgment but failed to file any response.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.      This action is DISMISSED, and the clerk is directed to close the file and to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and constitutes a strike within the meaning of 28 U.S.C. §1915(g).


**DONE AND ORDERED** this  *15th*  day of June, 2007


              *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge